AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

United States of America
v.
ALEX KAI TICK CHIN

Case No. 3:22-cr-00087

Defendant

REC'D USMS CHARLESTON WV
APR 26 2022 PM 12:46

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ALEX KAI TICK CHIN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Production of child pornography.

Date: 04/26/2022

*Issuing officer's signature* tr

City and state: CHARLESTON, WV

RORY L. PERRY II, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 04/26/22, and the person was arrested on *(date)* 06/13/22
at *(city and state)* San Francisco, CA.

Date: 06/14/22

*Arresting officer's signature*

Theodore C. Kouts, Special Agent
*Printed name and title*