IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:22-00087

ALEX KAI TICK CHIN

## ORDER

Pending before the Court is the Motion of the United States for Stay and Notice of Intent to Seek Revocation of Release Order. ECF No. 8. In its motion, the United States represents that the defendant, Alex Kai Tick Chin, was arrested on or about June 13, 2022, in San Francisco, California, on an indictment returned in this District, charging him with Production of Child Pornography in violation of 18 U.S.C. § 2251(a) and (e). On June 14, 2022, the defendant appeared for a bond hearing before a Magistrate Judge for the Northern District of California, who ordered the defendant released on bond to a halfway house with certain conditions. Upon request of the United States, the Magistrate Judge stayed the release order pending an appeal to this Court pursuant to 18 U.S.C. § 3145(a)(1). The United States represents, however, that it is unable at this time to file a formal motion seeking revocation of the order because the record from California is not yet available.

Given these representations and the United States' Notice of its Intent to Seek Revocation of Release Order, the Court **GRANTS** the United States' Motion for Stay. The stay shall be in effect until the Court rules on the United States' motion to revoke. The Court also **DIRECTS** the United States to file its motion for revocation of the Magistrate Judge's order

-2-

within five (5) days of the documents from California being made available. The Court **ORDERS** the United States to attach the documents from California to its motion.

The Court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, the United States Marshal, and the United States Magistrate Judge Laurel Beeler of the Northern District of California.

ENTER: June 21, 2022

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE