IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.                                                Case NO: 3:22-CR-00087

ALEX KAI TICK CHIN

NOTICE OF APPEARANCE OF ASSIGNED COUNSEL

Now comes Assistant Federal Public Defender, David R. Bungard and appears as assigned counsel of record for the defendant herein. All future correspondence, motions, pleadings, orders, notices, etc. should be sent to the undersigned at the address listed below.

Dated this 22ND day of JUNE, 2022.

WESLEY P. PAGE
FEDERAL PUBLIC DEFENDER

s/ David R. Bungard
David R. Bungard, Bar Number: 5739
Attorney for Defendant
Office of the Federal Public Defender
United States Courthouse
300 Virginia Street, East, Room 3400
Charleston, WV 25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: david_bungard@fd.org