IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:22-00087

ALEX KAI TICK CHIN

**ORDER**

Pending is the Motion of the United States to Revoke Release Order. ECF No. 12. The Court **ORDERS** the defendant to file a response to the Motion by **July 11, 2022,** and the United States to file a reply by **July 13, 2022**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER: July 5, 2022

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE