# EXHIBIT 2

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/05/2022 13:57 EDT                                                                 Page 1 of 3

**CASE NUMBER**
EP07QE22EP0002

**CASE OPENED**
3/22/2022

**CURRENT CASE TITLE**
Alex Kai Tick CHIN

**REPORT TITLE**
Paso Del Norte Port of Entry / Alex Kai Tick CHIN

**REPORTED BY**
Jason Grijalva
SPECIAL AGENT

**APPROVED BY**
John Flores
SPECIAL AGENT

**DATE APPROVED**
3/29/2022

## SYNOPSIS

On Monday, March 21, 2022, at approximately 7:31 p.m., Alex Kai Tick CHIN (DOB: 09/25/1984) applied for entry at the Paso Del Norte (PDN) Port of entry (POE) pedestrian lanes. CHIN presented a duly issued California Driver license # D4064888 as an entry document and verbally stated he was a United States Citizen heading back to San Francisco. Primary Officer Alberto Torres conducted a law enforcement query and received a positive match for a registered sex offender for CHIN. CHIN was referred to Passport Control Secondary (PCS). A review of CHIN's cellular smart phone revealed unclothed photo(s) of what appeared to be a minor female child. Homeland Security Investigations (HSI) El Paso, Texas, Special Agents assigned to the Internet Crimes Against Children (ICAC) arrived at the POE to conduct an investigation for violations of 18 USC 2251, 18 USC 2252(a)(2) and 18 USC 2252(a)(4)(B).

This report will document the case opening.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Alex Kai Tick CHIN | EP07QE22EP0002-001 | 3/29/2022 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

04/05/2022 13:57 EDT                                                                                                   Page 2 of 3

## DETAILS OF INVESTIGATION

On Monday, March 21, 2022, at approximately 7:31 p.m., Alex Kai Tick CHIN (DOB: 09/25/1984) applied for entry at the Paso Del Norte (PDN) Port of entry (POE) pedestrian lanes. CHIN presented a duly issued California Driver license # D4064888 as an entry document and verbally stated he was a United States Citizen heading back to San Francisco. Primary Customs and Border Protection Officer (CBPO) Alberto Torres asked CHIN what his purpose in Mexico was and obtained a negative declaration. CHIN stated he visited Juarez to walk around and visit a bar. CHIN further stated he was returning to El Paso to continue a road trip back home to San Francisco, California. CBPO Torres conducted a law enforcement query and received a positive match for CHIN as a registered sex offender. CBPO Torres escorted CHIN to Passport Control Secondary (PCS).

At approximatley 7:32 p.m., CBPO Ronald Mumma received a secondary negative declaration from CHIN. CBPO Mumma asked CHIN what was his purpose in Mexico. CHIN stated he was on a cross country trip and decided to visit Mexico. CHIN further stated he was in Mexico for an hour or two and got something to eat. CHIN stated he was headed back to San Francisco where he resides. CHIN was traveling with two (2) smart phone devices, a Samsung Galaxy 9 and a Armor 7E. Supervisor CBPO (SCBPO) Wally Terrazas approved a basic manual electronic media search. CBPO Mumma advised CHIN of the inspection of the electronic devices. CHIN voluntarily unlocked the cell phone devices and provided the password. CBPO Mumma placed the Armor 7E on "airplane mode."

At approximatley 7:39 p.m., CBPO Monica McQuality placed the Samsung Galaxy 9 on "airplane mode" and began a manual search of the gallery. CBPO McQuality discovered photo(s) of what appeared to be a unclothed minor. CBPO McQuality ended the manual search.

At approximatley 8:20 p.m., SCBPO Wally Terrazas asked CHIN who was the female depicted on CHIN's Samsung Galaxy 9 "locked" screen wallpaper. CHIN advised she was a friend. SCBPO Terrazas asked for the friends age. CHIN replied 13 year of age. CHIN further stated he has no family relationship as she's only a friend, he met on-line and has communicate with her for over 1 1/2 years.

At approximatley 10:30 p.m., HSI Special Agent(s) Jason Grijalva and Ricardo Rubio arrived at the PDN POE and began an investigation. Agents conducted a preliminary search of the Samsung Galaxy 9 which resulted in the discovery of 15 photo(s) that were saved in the gallery. The photo(s) appeared to be screen shots taken from Snapchat communication. The photo(s) appear to depict the same female. The female is described as white, approximatley 13-15 years of age, has brown reddish hair, and fair colored skin. The photo(s) were saved to the gallery on the following

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Alex Kai Tick CHIN | EP07QE22EP0002-001 | 3/29/2022 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



**DEPARTMENT OF HOMELAND SECURITY**

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



04/05/2022 13:57 EDT                                                                                                    Page 3 of 3

dates: December 12, 2020, January 8, 2021, January 9, 2021, and January 11, 2021. Multiple photo(s) depict the female in undress and expose the child's breasts.  Three photo(s) contain a white female's genitalia. The face of the female is not observed.

Agents observed the following Snapchat account: Alexander Hamilton, username: karmadinosaur associated to CHIN's Samsung Galaxy 9. The Snapchat account contained "offline" recent communication with a Snapchat profile named: ▮▮▮▮▮▮▮▮, username: ▮▮▮▮▮▮. The female depicted on the Snapchat account ▮▮▮▮▮▮ matched the photo(s) saved in the Samsung Galaxy 9's gallery and the Samsung Galaxy 9's "locked" screen wallpaper.

Below is three (3) text entries from the observed "offline" Snapchat communication:

- A text message from ▮▮▮▮▮▮▮▮ reads, "I thought that anyway you can leave and maybe come back when i graduate high school?"
- A text message from Alexander Hamilton reads, "My little cum kitten."
- A text message from ▮▮▮▮▮▮▮▮ reads, "Im only into you."

**Agent Note: The Samsung Galaxy 9's gallery contains additional photo(s) of the above female. The 15 discovered are preliminary results.**

At approximatley 11:45 p.m., Agents read CHIN the Miranda Statement of rights in the English language.  At approximatley 11:46 p.m., CHIN invoked his right to speak with an attorney. This was electronically recorded.

CHIN was not arrested and subsequently released by CBP.

This HSI El Paso investigation continues.

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Alex Kai Tick CHIN | EP07QE22EP0002-001 | 3/29/2022 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.