IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.                                         CRIMINAL ACTION NO.   3:22-00087

ALEX KAI TICK CHIN

### ORDER

In light of the Court's Memorandum Opinion and Order entered on this day granting the United States' Motion to Revoke Release Order, the Court **DENIES AS MOOT** Defendant's Motion to Participate by Video Conference Call for any Hearing Scheduled for the Government's Motion to Revoke Release Order. ECF No. 15.

The Court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:       July 14, 2022

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE