IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.   Case No.: 3:22-cr-00087

ALEX KAI TICK CHIN

### ORDER

It is hereby **ORDERED** that the arraignment of defendant, Alex Kai Tick Chin, on the Superseding Indictment, (ECF No.19), shall take place before the undersigned United States Magistrate Judge on **Wednesday, November 9, 2022** at **2:00 p.m.** in Huntington.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the Probation Department, and the United States Marshals Service.

ENTERED:  November 8, 2022

Cheryl A. Eifert
United States Magistrate Judge