# Courtroom Minute Entry

**Room:** Huntington  **Case No.:** 3:22-cr-00087  **Type:** Criminal
**Caption:** USA v. Alex Kai Tick Chin  **Judge:** Cheryl A. Eifert

**Started:** 11/9/2022 1:55:06 PM
**Ends:** 11/9/2022 2:05:44 PM   **Length:** 00:10:39

Judge: Cheryl A. Eifert
Courtroom Deputy: Carol Adams
Law Clerk:   Dominique Estes
Probation Officer: Erin Stone
AUSA:   Courtney L. Cremeans
FPD Attorney:   David R. Bungard
Defendant:   Alex Kai Tick Chin

**ARRAIGNMENT of Alex Kai Tick Chin on Superseding Indictment**

| Time | Event |
|---|---|
| 2:00:37 PM | Called case, noted appearances of counsel, defendant present in courtroom |
| 2:01:04 PM | Defendant:   Alex Kai Tick Chin |
| 2:01:06 PM | Stated personal information |
| 2:01:35 PM | Courtroom Deputy: Carol Adams |
| 2:01:36 PM | Defendant placed under oath by Courtroom Deputy |
| 2:01:37 PM | Judge: Cheryl A. Eifert |
| 2:01:38 PM | Stated rights of defendant and defendant acknowledged these rights |
| 2:02:08 PM | Judge: Cheryl A. Eifert |
| 2:02:10 PM | Stated violations in charging document & possible penalties |
| 2:04:31 PM | Defendant:   Alex Kai Tick Chin |
| 2:04:37 PM | Defendant pleads not guilty to charge(s) contained in the indictment |
| 2:04:40 PM | Judge: Cheryl A. Eifert |
| 2:04:43 PM | Stated district judge assignment, and dates for trial and pretrial motions hearing |
| 2:04:55 PM | Defendant:   Alex Kai Tick Chin |
| 2:04:58 PM | Defendant does not waive the right to be present at the pretrial motions hearing |
| 2:05:04 PM | Judge: Cheryl A. Eifert |
| 2:05:05 PM | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates given |
| 2:05:19 PM | Judge: Cheryl A. Eifert |
| 2:05:21 PM | Ordered defendant Detained and Remanded to the custody of the USMS |
| 2:05:33 PM | Judge: Cheryl A. Eifert |
| 2:05:35 PM | Hearing Adjourned |