IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:22-00087

ALEX KAI TICK CHIN

**ORDER**

Pending is the Motion of the United States for Entry of a Protective Order Governing Discovery Relating to Minors and Recordings. ECF No. 28. The Court **DIRECTS** the Defendant to file a response to the Motion on or before **November 30, 2022.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER:   November 22, 2022

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE