IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 3:22-cr-00087

ALEX KAI TICK CHIN

### DEFENDANT'S REPLY TO THE GOVERNMENT'S MOTION FOR ENTRY OF A PROTECTIVE ORDER

Counsel for the defendant has previously had an opportunity to review the terms of the proposed protective order concerning the production of recorded interviews of the alleged victim and other minors. The defendant has no objection to the terms and conditions to the proposed protective order submitted by the Government.

Respectfully submitted this 28th day of November, 2022.

ALEX KAI TICK CHIN

By Counsel

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

**s/David R. Bungard**
David R. Bungard, Bar Number: 5739
Assistant Federal Public Defender
Office of the Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, West Virginia  25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: david_bungard@fd.org