IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:22-00087

ALEX KAI TICK CHIN

**ORDER**

Pending is Defendant's unopposed Motion for Continuance. ECF No. 33. Defendant's counsel requests additional time to review discovery materials and to conduct additional legal research, including materials not yet disclosed by the United States. Defendant's counsel may require the services of a forensic expert to examine computer-related evidence and requests additional time to complete his investigation of that evidence prior to filing any pretrial motions. The requested delay is not attributable to lack of diligent preparation, failure to obtain evidence or witnesses, or congestion of the Court's calendar.

Believing that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, the Court **GRANTS** a brief continuance of the trial date. Trial will begin on **April 4, 2023,** at **8:30 a.m.** in Huntington. Proposed voir dire, jury instructions, and witness lists are now due on **March 28, 2023**. All pretrial motions will now be due no later than **March 6, 2023**. The pretrial motions hearing will now be held on **March 20, 2023,** at **10:30 a.m.** in Huntington. The Court **FINDS** that the time between January 18, 2023, and April 4, 2023, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

        ENTER:     December 14, 2022

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE