AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of West Virginia

United States of America
v.
ALEX KAI TICK CHIN

)
)
)
)
)
)
)

Case No.  3:22-cr-00087

~~SEALED~~

REC'D USMS HUNTINGTON, WV
MAY 2 2022 AM 10:04

REC'D USMS CHARLESTON, WV
APR 26 2022 PM 12:46

Defendant

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  ALEX KAI TICK CHIN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Production of child pornography.

FILED
JAN 10 2023
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Date:  04/26/2022

_____ tr
*Issuing officer's signature*

City and state:  CHARLESTON, WV

RORY L. PERRY II, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)*  04/26/2022, and the person was arrested on *(date)*  06/13/2022
at *(city and state)*  San Francisco, California.

Date:  01/10/2023

_____ Signing for: District N/CA
*Arresting officer's signature*

Mounts, Justin  DUSM
*Printed name and title*

