IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 3:22-cr-00087

ALEX KAI TICK CHIN

## ORDER

It is hereby **ORDERED** that the arraignment of defendant, Alex Kai Tick Chin, on the Second Superseding Indictment, (ECF No. 39), shall take place before the undersigned United States Magistrate Judge on **Wednesday, February 15, 2023** at **10:45 a.m.** in Huntington.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the Probation Department, and the United States Marshals Service.

ENTERED: February 7, 2023

Cheryl A. Eifert
United States Magistrate Judge