# Courtroom Minute Entry

**Room:** Huntington  **Case No.:** 3:22-cr-00087  **Type:** Criminal
**Caption:** USA v. Alex Kai Tick Chin  **Judge:** Cheryl A. Eifert

**Started:** 2/15/2023 10:42:44 AM
**Ends:** 2/15/2023 10:50:35 AM  **Length:** 00:07:52

Judge: Cheryl A. Eifert
Courtroom Deputy: Carol Adams
Law Clerk: Dominique Estes
Probation Officer: Heather Edwards
AUSA Attorney: Stephanie Shannon Taylor
FPD Attorney:   David R. Bungard
Defendant:   Alex Kai Tick Chin

**ARRAIGNMENT of Alex Kai Tick Chin on Second Superseding Indictment**

| Time | Event |
|---|---|
| 10:45:31 AM | Called case, noted appearances of counsel, defendant present in courtroom |
| 10:45:45 AM | Defendant:   Alex Kai Tick Chin |
| 10:45:47 AM | Stated personal information |
| 10:46:14 AM | Courtroom Deputy: Carol Adams |
| 10:46:17 AM | Defendant placed under oath by Courtroom Deputy |
| 10:46:37 AM | Judge: Cheryl A. Eifert |
| 10:46:40 AM | Stated violations in charging document & possible penalties |
| 10:49:29 AM | Defendant:   Alex Kai Tick Chin |
| 10:49:35 AM | Defendant pleads not guilty to charge(s) contained in the indictment |
| 10:49:37 AM | Judge: Cheryl A. Eifert |
| 10:49:38 AM | Stated district judge assignment, and dates for trial and pretrial motions hearing |
| 10:49:47 AM | Defendant:   Alex Kai Tick Chin |
| 10:49:50 AM | Defendant does not waive the right to be present at the pretrial motions hearing |
| 10:49:56 AM | Judge: Cheryl A. Eifert |
| 10:50:00 AM | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates given |
| 10:50:13 AM | Judge: Cheryl A. Eifert |
| 10:50:16 AM | Ordered defendant Detained and Remanded to the custody of the USMS |
| 10:50:22 AM | Judge: Cheryl A. Eifert |
| 10:50:26 AM | Hearing Adjourned |