IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL ACTION NO.  3:22-00087

ALEX KAI TICK CHIN

**ORDER**

Pending is the unopposed Motion of the United States to Permit Videoconference Testimony. ECF No. 53. The Court **GRANTS** the Motion and will allow out of state witnesses to testify by videoconference at the March 20, 2023 pretrial motions hearing.

No later than March 15, 2023, the United States must provide by email to Courtroom Deputy Terry Justice (terry_justice@wvsd.uscourts.gov), the name, telephone number, and email address of each witness participating by videoconference. Upon receipt of this information, Ms. Justice will provide connection details to counsel for the United States for distribution to the witnesses. The Court schedules a test of the video conference with participants for **March 16, 2023, at 1:30 p.m. EST.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER:        March 8, 2023

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE