# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

| | | | |
|---|---|---|---|
| Date: | 3/20/2023 | Case Number: | 3:22-cr-00087 |
| Case Style: | USA vs. Alex Kai Tick Chin | | |
| Type of hearing: | Pretrial Motions Hearing | | |
| Before the Honorable: | 2514-Chambers | | |
| Court Reporter: | Kathy Swinhart | Courtroom Deputy: | Terry Justice |

Attorney(s) for the Plaintiff or Government:

Jennifer Rada Herrald

Attorney(s) for the Defendant(s):

David Bungard

Law Clerk:        Rebecca Conway

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 10:30 AM | 11:39 AM | Non-Trial Time/Uncontested Time |

Time in court: 1 hours and 9 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Hearing scheduled to commence: 10:30 a.m.
Hearing commenced: 10:30 a.m.

Motion of Defendant to Suppress Evidence. ECF No. 44.
Government's exhibit #1 identified, admitted, and filed under seal.
Motion taken under advisement.

Motion of Defendant in Limine to Exclude Other Bad Acts Evidence at Trial. ECF No. 46.
Motion denied.

Motion of Defendant in Limine to Exclude Evidence of Prior Conviction at Trial. ECF No. 47.
Motion taken under advisement.

Motion of Defendant to Dismiss Count One of the Second Superseding Indictment. ECF No. 48.
Motion taken under advisement.

Motion of Defendant for Severance and Separate Trial for Count Three. ECF No. 49.
Motion denied.

Motion of Defendant in Limine to Limit the Number of Files Containing Child Pornography Which are Shown to the Jury at Trial. ECF No. 51.
Motion denied without prejudice.

Hearing concluded: 11:39 a.m.