# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION



UNITED STATES OF AMERICA

v.                                                    CRIMINAL ACTION NO.   3:22-00087

ALEX KAI TICK CHIN


### EXHIBIT LIST – PRETRIAL MOTIONS HEARING


| Gov't No. | Def't No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|
| 1 | | 03/20/23 | 03/20/23 | Photograph - SEALED | Clerk's Office |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Location options: Clerk's Office; U. S. Attorney; Defense Attorney; U. S. Marshal