AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:22-cr-00087 |
| ALEX KAI TICK CHIN | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  **Candice Cooper**
**Forensic Examiner**
**Homeland Security Investigations**

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>845 Fifth Avenue<br>Huntington, WV 25701 | Courtroom No.: | Courtroom 242/243 (Judge Chambers) |
|---|---|---|---|
| | | Date and Time: | April 4, 2023, at 8:30 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  3/15/2023

CLERK OF COURT

*Quitta Smith, Deputy Clerk*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Alex Kai Tick Chin, who requests this subpoena, are:

David R. Bungard, Assistant Federal Public Defender
Office of the Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, WV 25301
david_bungard@fd.org
(304) 347-3350

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Candice Cooper
was received by me on *(date)* 3/15/2023 .

☒ I served the subpoena by delivering a copy to the named person as follows: HSI Pat Kelly
on *(date)* 3/16/2023 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/16/2023

_Nicholas Harden_
Server's signature

Nicholas Harden Investigator FPD
Printed name and title

300 Virginia St Rm 3400 Charleston WV
Server's address

Additional information regarding attempted service, etc:

