## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                                                 **Case No.: 3:22-cr-0087**

**ALEX KAI TICK CHIN**

## ENTRY OF APPEARANCE

Comes now the undersigned counsel and hereby enters his appearance for the Defendant, Alex Kai Tick Chin, in regards to the above referenced action and respectfully requests that copies of all future notices, orders, and other pleadings be directed to the undersigned counsel herein.

Respectfully submitted this 24th day of March, 2023.

                                        LARRY CLAY
                                        By Counsel

                                        Very truly yours,

                                        JOY LAW OFFICE

                                          s/ Sebastian M. Joy
                                        Hon. Sebastian M. Joy
                                        Counsel for Defendant
                                        Kentucky Bar # 92583
                                        West Virginia Bar # 10945
                                        E-mail: sjoy@joylawoffice.com
                                        Admitted in Kentucky & West Virginia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

vs.  Case No.: 3:22-cr-0087

ALEX KAI TICK CHIN

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **ENTRY OF APPEARANCE** has been electronically filed with the Clerk of Court this date using the CM/ECF system and served upon opposing counsel as follows:

**VIA CM/ECF:** Hon. Jennifer Rada Herrald
Office of United States Attorney
Southern District of West Virginia
Charleston, West Virginia

Hon. David Bungard
Chief Asst. Federal Public Defender
Charleston, WV

**DATE:** March 24, 2023

Very truly yours,

JOY LAW OFFICE

  s/ Sebastian M. Joy
Hon. Sebastian M. Joy
Counsel for Defendant
Kentucky Bar # 92583
West Virginia Bar # 10945
E-mail: sjoy@joylawoffice.com
Admitted in Kentucky & West Virginia