IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**UNITED STATES OF AMERICA**

vs.                                                                            Case No.: 3:22-cr-0087

**ALEX KAI TICK CHIN**

## MOTION TO CONTINUE JURY TRIAL

 Comes now the defendant, by and through the undersigned counsel and hereby respectfully requests the court to continue the Jury Trial and all deadlines presently set in this matter. In support of which the undersigned counsel states the defendant Alex Kai Tick Chin has retained the undersigned counsel on 3/24/2023. The undersigned counsel has not had access to any of the discovery, other than what's been communicated between the defendant and the undersigned counsel thus far. The undersigned counsel would like to have some reasonable amount of time to review the discovery and formulate a plan to aid in the defense of Mr. Chin.

 Furthermore, as the court is well aware, this is a case in which, if convicted, Mr. Chin is looking at a lengthy sentence, and ample time and resources will be needed to properly defend him to the best of the undersigned counsels ability.

 The undersigned counsel has conferred with Mr. Chin, and he has no objection to waiving his speedy trial rights in this situation. The undersigned counsel would ask for a sixty (60) day delay in the Jury Trial date and the deadlines.

 Respectfully submitted this 24th day of March, 2023

               ALEX KAI TICK CHIN
               By Counsel

Very truly yours,
JOY LAW OFFICE
2701 Louisa Street
P.O. Box 411
Catlettsburg, KY 41129
Telephone: (606) 739-4569
Facsimile: (606) 739-0338
Cell: (859) 488-1214


  s/ Sebastian M. Joy
Hon. Sebastian M. Joy
Counsel for Defendant Alex Kai Tick Chin
Kentucky Bar # 92583
West Virginia Bar # 10945
E-mail: sjoy@joylawoffice.com
Admitted in Kentucky & West Virginia

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

**UNITED STATES OF AMERICA**

vs.                                             Case No.: 3:22-cr-0087

**ALEX KAI TICK CHIN**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **MOTION TO CONTINUE JURY TRIAL** has been electronically filed with the Clerk of Court this date using the CM/ECF system and served upon opposing counsel as follows:

**VIA CM/ECF:**   Jenny Herrald, Esq. AUSA
Office of United States Attorney
Southern District of West Virginia
300 Virginia Street East, Room 4000
Charleston, West Virginia 25301

**DATE:**   March 24, 2023

Very truly yours,

JOY LAW OFFICE
2701 Louisa Street
P.O. Box 411
Catlettsburg, KY 41129
Telephone: (606) 739-4569
Facsimile: (606) 739-0338
Cell: (859) 488-1214

   s/ Sebastian M. Joy
Hon. Sebastian M. Joy
Counsel for Defendant Alex Kai Tick Chin
Kentucky Bar # 92583
West Virginia Bar # 10945
E-mail: sjoy@joylawoffice.com
Admitted in Kentucky & West Virginia