IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                 **Criminal No. 3:22-cr-00087**

**ALEX KAI TICK CHIN**

**MOTION TO BE RELIEVED OF APPOINTMENT AS COUNSEL**

Assistant Federal Public Defender, David R. Bungard, court-appointed counsel for the defendant, Alex Kai Tick Chin, respectfully moves this Honorable Court to be relieved of further representation of the defendant in these proceedings.

The undersigned has been advised that Sebastian Joy has been retained to represent the defendant on the within charges, and Mr. Joy has filed an Entry of Appearance with the Court (Dkt. No. 67).

Accordingly, counsel requests an Order relieving the Federal Public Defender's Office of its duty to continue representation of the defendant in this case.

Respectfully submitted this 24th day of March, 2023.

                                      **WESLEY P. PAGE**
                                      **FEDERAL PUBLIC DEFENDER**

                                      **s/David R. Bungard**
                                      David R. Bungard, Bar Number: 5739
                                      Assistant Federal Public Defender
                                      Office of the Federal Public Defender
                                      300 Virginia Street, East, Room 3400
                                      Charleston, West Virginia 25301
                                      Telephone: (304) 347-3350
                                      Facsimile: (304) 347-3356
                                      E-mail: david_bungard@fd.org