## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.                                        CRIMINAL ACTION NO.  3:22-00087

ALEX KAI TICK CHIN

### ORDER

Pending before the Court are Defendant's Motion to Continue Jury Trial (ECF No. 68) and Motion to Be Relieved of Appointment of Counsel (ECF No. 69). For good cause shown, the Court **GRANTS** Defendant's Motion to Continue Jury Trial, with a full rescheduling order to follow next week. ECF Nos. 68.

Additionally, because Defendant has retained Sebastian Joy to represent him in this matter, the Court **GRANTS** the Motion to Be Relieved of Appointment of Counsel and relieves David R. Bungard, AFPD from any further representation of the defendant. ECF No. 69. Clint Carte, AFPD has also appeared on behalf of the defendant and is relieved from any further representation as well.

The Court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:        March 24, 2023

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE