## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL ACTION NO.   3:22-00087

ALEX KAI TICK CHIN

### ORDER

By Order of March 24, 2023, the Court granted Defendant's Motion to Continue Trial to allow Defendant's counsel, who was recently retained to represent the defendant, additional time to review discovery materials and formulate a plan to aid in Defendant's defense. The requested delay is not attributable to lack of diligent preparation, failure to obtain evidence or witnesses, or congestion of the Court's calendar.

Believing that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, the Court **ORDERS** as follows. Trial will begin on **June 21, 2023,** at **8:30 a.m.** in Huntington. Proposed voir dire, jury instructions, and witness lists are now due on **June 13, 2023**. All pretrial motions will now be due no later than **May 1, 2023**. The pretrial motions hearing will now be held on **May 15, 2023,** at **10:00 a.m.** in Huntington. The Court **FINDS** that the time between April 4, 2023, and June 21, 2023, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER:     March 28, 2023

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE