IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**UNITED STATES OF AMERICA**

vs.                                                                      Case No.: 3:22-cr-0087

**ALEX KAI TICK CHIN**

### MOTION TO CONTINUE JURY TRIAL

Comes now the defendant, by and through the undersigned counsel and hereby respectfully requests the court to continue the Jury Trial and all deadlines presently set in this matter. In support of which the undersigned counsel states the defendant Alex Kai Tick Chin has retained the undersigned counsel on 3/24/2023. The undersigned counsel is still in the process of going through the discovery and furthermore has retained an expert witness who is assisting the Defendant and the undersigned counsel in reviewing the discovery also.

It is also the undersigned counsels understanding that there was a new cell phone extraction that was completed in this case recently. The undersigned counsel has not received this as of yet, but is currently making arrangements to obtain this and review it with his expert.

Furthermore, as the court is well aware, this is a case in which, if convicted, Mr. Chin is looking at a lengthy sentence, and ample time and resources will be needed to properly defend him to the best of the undersigned counsels ability.

The undersigned counsel has conferred with Mr. Chin, and he has no objection to waiving his speedy trial rights in this situation. The undersigned counsel has also spoken with AUSA Jenny Herrald who states that she has no objection to the

continuance in this matter. The undersigned counsel would ask for a sixty (60) day delay in the Jury Trial date and the deadlines.

Respectfully submitted this 1st day of May, 2023

    ALEX KAI TICK CHIN
    By Counsel

    Very truly yours,
    JOY LAW OFFICE
    2701 Louisa Street
    P.O. Box 411
    Catlettsburg, KY 41129
    Telephone: (606) 739-4569
    Facsimile: (606) 739-0338
    Cell: (859) 488-1214

    __s/ Sebastian M. Joy_____
    Hon. Sebastian M. Joy
    Counsel for Defendant Alex Kai Tick Chin
    Kentucky Bar # 92583
    West Virginia Bar # 10945
    E-mail: sjoy@joylawoffice.com
    Admitted in Kentucky & West Virginia

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

**UNITED STATES OF AMERICA**

vs.  Case No.: 3:22-cr-0087

**ALEX KAI TICK CHIN**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **MOTION TO CONTINUE JURY TRIAL** has been electronically filed with the Clerk of Court this date using the CM/ECF system and served upon opposing counsel as follows:

**VIA CM/ECF:**   Jenny Herrald, Esq. AUSA
Office of United States Attorney
Southern District of West Virginia
300 Virginia Street East, Room 4000
Charleston, West Virginia 25301

**DATE:**   May 1, 2023

Very truly yours,

JOY LAW OFFICE
2701 Louisa Street
P.O. Box 411
Catlettsburg, KY 41129
Telephone: (606) 739-4569
Facsimile: (606) 739-0338
Cell: (859) 488-1214

  s/ Sebastian M. Joy
Hon. Sebastian M. Joy
Counsel for Defendant Alex Kai Tick Chin
Kentucky Bar # 92583
West Virginia Bar # 10945
E-mail: sjoy@joylawoffice.com
Admitted in Kentucky & West Virginia