IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:22-00087

ALEX KAI TICK CHIN

**ORDER**

Pending is Defendant's unopposed Motion to Continue Jury Trial. ECF No. 75. Defendant's counsel requests additional time to review discovery and consult with an expert regarding the same. The requested delay is not attributable to lack of diligent preparation, failure to obtain evidence or witnesses, or congestion of the Court's calendar.

Believing that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, the Court **GRANTS** a continuance of the trial date. Trial will begin on **August 29, 2023,** at **8:30 a.m.** in Huntington. Proposed voir dire, jury instructions, and witness lists are now due on **August 22, 2023**. All pretrial motions will now be due no later than **July 31, 2023**. The pretrial motions hearing will now be held on **August 14, 2023,** at **2:30 p.m.** in Huntington. The Court **FINDS** that the time between June 21, 2023, and August 29, 2023, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER: May 2, 2023

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE