IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:22-00087

ALEX KAI TICK CHIN

**ORDER**

The Court **DIRECTS** the Government to respond to Defendant's Motion to Dismiss (ECF No. 77) by **August 9, 2023**, and the defendant to reply by **August 11, 2023.** The pretrial motions hearing is rescheduled for **Wednesday, August 16, 2023**, at **10:00 a.m.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER: August 1, 2023

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE