IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.                                         CRIMINAL ACTION NO.  3:22-00087

ALEX KAI TICK CHIN

**ORDER**

The Court **DIRECTS** Defendant to respond to the Notice of the United States to Introduce Evidence Pursuant to Federal Rule of Evidence 414 (ECF No. 79) by **August 9, 2023**, and the Government to reply by **August 11, 2023**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER:        August 3, 2023

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE