IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.                                                         CRIMINAL ACTION NO.   3:22-00087

ALEX KAI TICK CHIN

**ORDER**

At the pretrial motions hearing held in this matter on August 16, 2023, Defendant made an oral motion to continue to allow more time to address remaining trial issues. The oral motion was unopposed by the United States. The requested delay is not attributable to lack of diligent preparation, failure to obtain evidence or witnesses, or congestion of the Court's calendar.

Believing that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, the Court **GRANTS** a continuance of the trial date. Trial will begin on **October 17, 2023,** at **8:30 a.m.** in Huntington. Proposed jury instructions are now due on **October 3, 2023.** Proposed voir dire and witness lists are now due on **October 10, 2023**. The Court **FINDS** that the time between August 29, 2023, and October 17, 2023, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

The Court further **ORDERS** the United States to file a supplemental memorandum in support of its Rule 414 notice by **August 23, 2023,** and the defendant to file any supplemental response in opposition by **August 30, 2023**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER:  August 16, 2023

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE