

August 26, 2023

Federal Court Clerk
Sidney L. Christie Federal Building
845 Fifth Avenue, Room 101
Huntington, WV 25701

**RE: SUBPOENA**

Clerk,

    At this time, we are kindly requesting the attached subpoena be issued for our upcoming trial on October 17, 2023, USDC-SDWV Case No. 3:22-cr-00087, United States of America V. Alex Kai Tick Chin.
    Should you have any questions, please contact our office at 606-739-4569.

Very truly yours,

JOY LAW OFFICE

_____
Hon. Sebastian M. Joy
Attorney at Law
E-mail: sjoy@joylawoffice.com
Admitted in Kentucky & West Virginia

Enclousure
SMJ/cj