AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia ▼

| United States of America | ) |
|---|---|
| v. | ) |
| Alex Kai Tick Chin | ) Case No. 3:22-cr-00087 |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Criminal Clerks Office
Room 101, Hall of Justice
850 Bryant Street
San Francisco, California 94103

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Sidney L. Christie U.S. Courthouse 845 Fifth Avenue, Room 101 Huntington, WV 25701 | Courtroom No.: |
|---|---|
| | Date and Time: 10/17/2023 8:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
The records being requested includes the entire case file for the defendant herein, Alex Chin, Case Number 1402-2797, in or about the year 2017. If records are produced prior to trial, you will not need to appear at trial.

*(SEAL)*

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*      Alex Chin     , who requests this subpoena, are:

Hon. Sebastian M. Joy
2701 Louisa Street
Catlettsburg, KY 41129
sjoy@joylawoffice.com
606-739-4569

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  3:22-cr-00087

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: