# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

| | | | |
|---|---|---|---|
| Date: | 8/16/2023 | Case Number: | 3:22-cr-00087 |
| Case Style: | USA vs. Alex Kai Tick Chin | | |
| Type of hearing: | Pretrial Motions Hearing | | |
| Before the Honorable: | 2514-Chambers | | |
| Court Reporter: | Carol Adams | Courtroom Deputy: | Terry Justice |

Attorney(s) for the Plaintiff or Government:

Jennifer Rada Herrald

Attorney(s) for the Defendant(s):

Sebastian Joy

Law Clerk: Casey Waldeck

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 9:59 AM | 10:37 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 38 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Hearing scheduled to commence: 10:00 a.m.
Hearing commenced 9:59 a.m.

Motion of Defendant to Dismiss. ECF No. 77.
Argument.
Motion denied.

Notice of Intent to Introduce Evidence Pursuant to Rule 414 of the Federal Rules of Evidence by United States of America. ECF No. 79.
Argument.

Defendant's oral motion to continue granted.
Trial reset for October 17, 2023, at 8:30 a.m.
The Court will address other dates and supplemental briefing as to the Rule 414 Notice in a subsequent order.

Adjourn 10:37 a.m.