1  **A.** Yes.
2  **Q.** -- to somebody else?
3  **A.** Yes.
4  **Q.** Okay. But they would -- but your testimony today is
5  that they would not talk to other people or respond to
6  messages?
7  **A.** Not to my knowledge.
8      MR. JOY: I may be done, Your Honor, if I could
9  just have a moment.
10     THE COURT: All right.
11 (Pause)
12     BY MR. JOY:
13 **Q.** As part of using Snapchat for the past several years,
14 you would know how to block somebody, correct?
15 **A.** Yes.
16 **Q.** If you block somebody they would not be able to come
17 back on your Snapchat, correct?
18 **A.** Unless I unblock them, no.
19 **Q.** Unless you unblock them, correct?
20 **A.** Yes.
21 **Q.** And then if you opened another Snapchat account they
22 would not be able to come back on your Snapchat on a new
23 Snapchat account if you once again added them as a friend,
24 correct -- or accepted them as a friend, correct?
25 **A.** Yes.

| | |
|---|---|
| 1 | **Q.** Let's go on to Exhibit 13. Now, this is -- so, it |
| 2 | looks like it probably was about anal because your next |
| 3 | message to her was, but I warn you, I might be a little bit |
| 4 | sadistic sometimes with the anal, winky face. |
| 5 | **A.** Oh, yeah. That was supposed to be a joke, actually. |
| 6 | **Q.** So, you joke with people about being sadistic with anal |
| 7 | sex? |
| 8 | **A.** I mean, especially with my guy friends, yeah. |
| 9 | **Q.** Was this one of your guy friends? |
| 10 | **A.** No, but this is how everybody talks. |
| 11 | **Q.** And so, it's just a coincidence that you were charged |
| 12 | with having sadistic child pornography and you were talking |
| 13 | to AC about being sadistic with anal? |
| 14 | **A.** I was just joking. |
| 15 | **Q.** Did she know you were joking? |
| 16 | **A.** Yes, she did. She said LOL after this, but all of that |
| 17 | got deleted. |
| 18 | **Q.** So, it was just your misfortune that the things that |
| 19 | corroborate your story were deleted? |
| 20 | **A.** Pretty much everything that you see is stuff that she |
| 21 | saved on her side. |
| 22 | **Q.** This is on your phone. |
| 23 | **A.** That is correct, but I can't delete it on my side if |
| 24 | she saves it. |
| 25 | **Q.** But you could have saved all of these messages from her |