# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                                            Case No.: 3:22-cr-00087

**ALEX KAI TICK CHIN**

## NOTICE OF APPEAL

Notice is hereby given that Alex Kai Tick Chin, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment entered in this action on the 29th day of April, 2025.

Respectfully submitted this the 8th day of May, 2025.

                                              ALEX KAI TICK CHIN

                                              By Counsel

                                              Very truly yours,

                                              JOY LAW OFFICE

                                              __/s/ Sebastian M. Joy_____
                                              Hon. Sebastian M. Joy
                                              Counsel for Defendant
                                              Kentucky Bar # 92583
                                              West Virginia Bar # 10945
                                              E-mail: sjoy@joylawoffice.com
                                              Admitted in Kentucky & West Virginia

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

**UNITED STATES OF AMERICA**

vs.  Case No.: 3:22-cr-00087

**ALEX KAI TICK CHIN**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **NOTICE OF APPEAL** has been electronically filed with the Clerk of Court this date using the CM/ECF system and served upon opposing counsel as follows:

**VIA CM/ECF:**   Jenny Herrald, Esq. AUSA
Office of United States Attorney
Southern District of West Virginia
300 Virginia Street East, Room 4000
Charleston, West Virginia 25301

**DATE:**   May 8, 2025

Very truly yours,

JOY LAW OFFICE
2701 Louisa Street
P.O. Box 411
Catlettsburg, KY 41129
Telephone: (606) 739-4569
Facsimile: (606) 739-0338
Cell: (859) 488-1214


__/s/ Sebastian M. Joy_____
Hon. Sebastian M. Joy
Counsel for Defendant
Kentucky Bar # 92583
West Virginia Bar # 10945
E-mail: sjoy@joylawoffice.com
Admitted in Kentucky & West Virginia